**STATE of Missouri, Respondent,**

v.

**David E. CLINKINGBEARD, Appellant.**

**No. WD 47399.**

Missouri Court of Appeals, Western District.

Jan. 4, 1994.

Gregg T. Hyder, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, C.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Appellant appeals from his conviction, four year sentence and $150 fine for felony driving while intoxicated and driving while his license was revoked.

Affirmed. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Glen Dewayne WILLET, Appellant.**

**Glen Dewayne WILLET, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 45860, WD 47238.**

Missouri Court of Appeals, Western District.

Jan. 4, 1994.

Marcie W. Bower, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky O. Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his conviction of sodomy and sentence of fifteen years as a prior offender and denial of his rule 29.15 motion. Affirmed. Rules 30.25(b) and 84.-16(b).